IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-01486-PAB

VENTURA, INC.,
JOHN R. BUTLER,
KEITH WEGEN,
JJJ FOUNDATION, INC., and
TRIANGLE RIVER 401 LLC,

    Plaintiffs,

v.

SHARKANSKY, LLP,
SCOTT ESTABROOKS,
TOBIN & ASSOCIATES, P.C.,
RICHARD J. TOBIN,
HOLLAND & KNIGHT LLP, and
RICHARD J. HINDLIAN,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on review of the file. One of my sisters is a partner at the law firm of Holland & Hart, counsel for defendant Holland & Knight LLP. For this reason, it would be inappropriate for me to preside over this case. Accordingly, I will recuse myself. It is therefore

**ORDERED** that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

DATED August 13, 2013.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge