## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  1:13-cv-01486-RBJ-KMT

VENTURA, INC.; JOHN R. BUTLER;
KEITH WEGEN; JJJ FOUNDATION, INC.;
and TRIANGLE RIVER 401, LLC,

    Plaintiffs,

v.

SHARKANSKY LLP; SCOTT ESTABROOKS;
TOBIN & ASSOCIATES, P.C.; RICHARD J.
TOBIN; HOLLAND & KNIGHT, LLP; and
RICHARD J. HINDLIAN,

    Defendants.

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

**THE COURT**, having considered the parties' Stipulation for Dismissal With Prejudice (Docket #82) and being fully advised in the premises;

**HEREBY ORDERS** that the above entitled case between the Plaintiffs and Defendants Richard J. Tobin and Tobin & Associates, P.C. be dismissed with prejudice, each party to pay their own attorneys' fees and costs. It is further

**ORDERED** that the Defendants Torbin & Associates, P.C. and Richard J. Tobin's Motion to Dismiss Plaintiffs' Amended Complaint (Docket #37) be WITHDRAWN.

**DATED** this 4th day of February, 2014.

**BY THE COURT:**

*(signature: Brooke Jackson)*

_____
**DISTRICT COURT JUDGE**