IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-01486-RBJ

VENTURA, INC.,
JOHN R. BUTLER,
KEITH WEGEN,
JJJ FOUNDATION, INC., and
TRIANGLE RIVER 401 LLC,

      Plaintiffs,

v.

SHARKANSKY, LLP,
SCOTT ESTABROOKS,
TOBIN & ASSOCIATES, P.C.,
RICHARD J. TOBIN,
HOLLAND & KNIGHT LLP, and
RICHARD J. HINDLIAN,

      Defendants.

---

### ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE DEFENDANTS HOLLAND & KNIGHT LLP AND RICHARD J. HINDLIAN ONLY

---

THE COURT, having reviewed the Stipulation to Dismiss With Prejudice Defendants Holland & Knight LLP and Richard J. Hindlian Only,

GRANTS the same, and

ORDERS that Plaintiffs' claims against Defendants Holland & Knight LLP and Richard J. Hindlian shall be dismissed with prejudice, with each party to pay their own respective attorneys' fees and costs. Plaintiffs' claims against the remaining Defendants, Sharkansky LLP and Scott Estabrooks, shall remain and shall be unaffected by the settlement between Plaintiffs and the H&K Defendants.

1

DATED this 29th day of September, 2014.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge